Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PHILLIPS & JORDAN, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 100 (AKH)

MICHAEL COTRONE (AND WIFE, MARIA          Index No.: 06-CV-14574
COTRONE),

                            Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                                   TO MASTER COMPLAINT**

    -against-                                      **ELECTRONICALLY FILED**

A RUSSO WRECKING, *et al.*,

                            Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, PHILLIPS & JORDAN, INC., by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated November 5,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 100 (AKH).

    WHEREFORE, the defendant, PHILLIPS & JORDAN, INC., demands judgment

dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
        November 8, 2007

                            Yours etc.,

                            McGIVNEY & KLUGER, P.C.
                            Attorneys for Defendant
                            PHILLIPS & JORDAN, INC.


                            By:
                                Richard E. Leff (RL-2123)
                                80 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel