UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER SITE LITIGATION     21 MC 100 (AKH)

THIS DOCUMENT APPLIES TO ALL WORLD TRADE CENTER DISASTER LITIGATION

# RETURN OF SERVICE

| Service of the Summons and Complaints[1] was made by me[2] | DATE 11/9/07 |
|---|---|
| NAME OF SERVER (PRINT) OGUZ OZDEMIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Pursuant to FRCP Rule 4 (h) by serving a copy of the Summons and Complaint with the Authorized Agent of Defendant(s) at

Joanne Pisano
Joanne Pisano, P.C.
1250 Central Park Avenue
Yonkers, NY 10704-

For the following Defendant(s):

WHITNEY CONTRACTING INC.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/9/07
Date

Signature of Server

115 B'WAY, NYC 10006
Address of Server

[1] See attached rider
[2] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

Notary BETSY BARRANCO
State of New York
No. 01BA6043158
Qualified in Richmond County
Commission Expires June 12, 20__






| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 13417 | Sixto Alamo (and Wife, Maria Alamo) | 06cv13776 | 9/14/2007 |
| 12853 | Scott Albert (and Wife, Kim Albert) | 06cv13777 | 9/14/2007 |
| 13389 | Steven Alejandro (and Wife, Luz Vinasco) | 06cv13778 | 9/14/2007 |
| 12910 | Janet Slate, as Personal Representative of George Allen | 06cv13779 | 9/14/2007 |
| 11336 | Azriel Alleyne | 06cv14455 | 9/14/2007 |
| 13541 | Anthony Ambrosino (and Wife, Debra Ambrosino) | 06cv13780 | 9/14/2007 |
| 11045 | Dennis Amodio | 06cv13781 | 9/14/2007 |
| 14008 | Patricia Ancona | 06cv14462 | 9/14/2007 |
| 12724 | Jerome Andrews (and Wife, Cynthia Andrews) | 06cv13782 | 9/14/2007 |
| 13330 | India Archie | 06cv14468 | 9/14/2007 |
| 13587 | Thomas Ardito | 06cv13783 | 9/14/2007 |
| 12700 | Robert Arnott (and Wife, Elizabeth Arnott) | 06cv13785 | 9/14/2007 |
| 13646 | Hector Arocena (and Wife, Lorraine Arocena) | 06cv13786 | 9/14/2007 |
| 13474 | Joseph Aronsen (and Wife, Begona Aronsen) | 06cv14471 | 9/14/2007 |
| 13826 | Eduardo Arroyo (and Wife, Wendy Arroyo) | 06cv14472 | 9/14/2007 |
| 13115 | Lisa Assante (and Husband, Salvatore ) | 06cv13788 | 9/14/2007 |
| 13607 | Phil Baghai (and Wife, Denice A Baghia) | 06cv13789 | 9/14/2007 |
| 13703 | Mynor Balcarcel (and Wife, Melissa Balcarcel) | 06cv14481 | 9/14/2007 |
| 13443 | Arturo Barrero (and Wife, Susana Barrero) | 06cv13792 | 9/14/2007 |
| 12975 | Cedric Barrow (and Wife, Alison Barrow) | 06cv13793 | 9/14/2007 |
| 13536 | William Barry (and Wife, Anne Barry) | 06cv13794 | 9/14/2007 |
| 13461 | Joseph Basile (and Wife, Donna Basile) | 06cv13795 | 9/14/2007 |
| 13213 | Michael Bazerman (and Wife, Meredith Bazerman) | 06cv14489 | 9/14/2007 |
| 13840 | Michael Beberashvili | 06cv14500 | 9/14/2007 |
| 13698 | James Behrens | 06cv13796 | 9/14/2007 |
| 12743 | Thomas Bell (and Wife, Sarah Bell) | 06cv14490 | 9/14/2007 |
| 12647 | Denise Bellingham | 06cv13797 | 9/14/2007 |
| 10471 | Jesus Benavides (and Wife, Marie Benavides) | 06cv13798 | 9/14/2007 |
| 12563 | Roy Biederman (and Wife, Elizabeth Biederman) | 06cv13801 | 9/14/2007 |
| 12655 | Marc Black (and Wife, Melissa Black) | 06cv13803 | 9/14/2007 |
| 13128 | Ronald Blackmore (and Wife, Eynell Blackmore) | 06cv14497 | 9/14/2007 |
| 13830 | Timothy Blasko (and Wife, Kathleen Blasko) | 06cv14498 | 9/14/2007 |
| 11262 | John Boesch (and Wife, Barbara J Boesch) | 06cv13804 | 9/14/2007 |
| 13393 | Diane Bolte (and Husband, James Bolte) | 06cv13805 | 9/14/2007 |
| 13664 | Andrew Bonadio | 06cv13806 | 9/14/2007 |
| 12370 | Lisa Bonfiglio (and Husband, Chris Bonfiglio) | 06cv13807 | 9/14/2007 |
| 13905 | Victor Borg | 06cv14503 | 9/14/2007 |
| 13655 | Arthur Bova (and Wife, Catherine Bova) | 06cv14504 | 9/14/2007 |


## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13356 | Joseph Brambach | 06cv13809 | 9/14/2007 |
| 13560 | Frank Brattole (and Wife, Jane Brattole) | 06cv13810 | 9/14/2007 |
| 1831 | Sharon Britt | 06cv13811 | 9/14/2007 |
| 12575 | Lisa Brown (and Husband, Herbert Washington) | 06cv13812 | 9/14/2007 |
| 14224 | Thomas Brown (and Wife, Rose Marie Brown) | 06cv14510 | 9/14/2007 |
| 12721 | Diana Brunell (and Wife, Edward Brunell) | 06cv13813 | 9/14/2007 |
| 13568 | Chris Buccarelli (and Wife, maryanne buccarelli) | 06cv14513 | 9/14/2007 |
| 9327 | Elizabeth Burnett | 06cv14517 | 9/14/2007 |
| 8452 | Stephen Butler (and Wife, Tracey Butler) | 06cv14518 | 9/14/2007 |
| 9286 | John Caccavale (and Wife, Teresa Caccavale) | 06cv14519 | 9/14/2007 |
| 11267 | Joseph Caciano (and Wife, Esperanza Caciano) | 06cv14520 | 9/14/2007 |
| 13394 | Victor Caggiano (and Wife, Sofia Caggiano) | 06cv13815 | 9/14/2007 |
| 13494 | Joseph Caiozzo (and Wife, Patricia Caiozzo) | 06cv13816 | 9/14/2007 |
| 2573 | Nathaniel Callahan (and Wife, Pat Callahan) | 06cv13817 | 9/14/2007 |
| 12862 | Christopher Callow (and Wife, Kimberly Callow) | 06cv13818 | 9/14/2007 |
| 13887 | Frank Caminiti (and Wife, Carol Jean Caminiti) | 06cv13819 | 9/14/2007 |
| 11703 | Bernadette Campbell | 06cv14526 | 9/14/2007 |
| 13578 | Dominick Campisi (and Wife, Christine Campisi) | 06cv14528 | 9/14/2007 |
| 13113 | Andrew Canonico (and Wife, Domenica Canonico) | 06cv13820 | 9/14/2007 |
| 12660 | Jesus Capo (and Wife, Maria Capo) | 06cv13822 | 9/14/2007 |
| 13398 | Craig Capolino (and Wife, Lisa Anne Capolino) | 06cv14532 | 9/14/2007 |
| 12609 | Dennis Caracciolo (and Wife, Lisa Caracciolo) | 06cv13823 | 9/14/2007 |
| 11980 | Robert Cardona | 06cv13824 | 9/14/2007 |
| 14083 | Larry Carito | 06cv14535 | 9/14/2007 |
| 12890 | Thomas Carlin (and Wife, Annette Loiett Carlin) | 06cv14536 | 9/14/2007 |
| 13313 | Fred Caroprese | 06cv14537 | 9/14/2007 |
| 13000 | Andrew Carraro | 06cv13826 | 9/14/2007 |
| 12754 | Padraig Carroll (and Wife, Deirdre Carroll) | 06cv13827 | 9/14/2007 |
| 12389 | Thomas Carroll | 06cv13828 | 9/14/2007 |
| 12902 | Sal Carucci (and Wife, Angela Carucci) | 06cv13830 | 9/14/2007 |
| 13871 | Frank Caruti (and Wife, Pia Caruti) | 06cv14540 | 9/14/2007 |
| 13908 | Renee Cassell | 06cv14541 | 9/14/2007 |
| 13877 | Ronald Cassella (and Wife, Jennifer Cassella) | 06cv13831 | 9/14/2007 |
| 13503 | Frank Castellano (and Wife, Serena L Jones) | 06cv13832 | 9/14/2007 |
| 14026 | Manuel Castillo | 06cv14543 | 9/14/2007 |
| 4062 | Bill Cavanaugh (and Wife, Margaret Cavanaugh) | 05CV4443 | 9/14/2007 |
| 13890 | John Cea (and Wife, Chrsitine Cea) | 06cv13833 | 9/14/2007 |
| 13065 | Carmen Cerreto (and Wife, Janine Cerreto) | 06cv14547 | 9/14/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| **File No** | **Plaintiff** | **Index Number** | **Date Filed** |
| 12801 | Moses Charles (and Wife, Veronica charles) | 06cv13834 | 9/14/2007 |
| 13800 | Roy Chelsen (and Wife, Patricia Chelsen) | 06cv13835 | 9/14/2007 |
| 13059 | Mark Chiarolanza (and Wife, Kelli A Chiarolanza) | 06cv14550 | 9/14/2007 |
| 13281 | Salvatore J Chieffo (and Wife, Elizabeth Chieffo) | 06cv13836 | 9/14/2007 |
| 13847 | Craig Chillemi (and Wife, Patricia Chillemi) | 06cv14551 | 9/14/2007 |
| 12759 | Steven Choinski (and Wife, Consuelo Choinski) | 06cv13838 | 9/14/2007 |
| 13820 | Thomas Christensen (and Wife, Krsitine Christensen) | 06cv14552 | 9/14/2007 |
| 12991 | Kenneth J Christiansen (and Wife, Erin Christiansen) | 06cv13839 | 9/14/2007 |
| 12784 | Yen Chu | 06cv13840 | 9/14/2007 |
| 13623 | Bundy Chung | 06cv13841 | 9/14/2007 |
| 13533 | Victor Cipulio | 06cv13842 | 9/14/2007 |
| 13559 | James Cirulli (and Wife, Dora cirulli) | 06cv13843 | 9/14/2007 |
| 11698 | Michael Clark (and Wife, Anne R Clark) | 06cv13844 | 9/14/2007 |
| 13283 | Steven Clarke | 06cv13845 | 9/14/2007 |
| 12669 | Thomas Clarke | 06cv14556 | 9/14/2007 |
| 8550 | Tyrone Clarke | 05cv9039 | 9/14/2007 |
| 13667 | Frank Classi (and Wife, Joan Classi) | 06cv14557 | 9/14/2007 |
| 13962 | Jose Claudio (and Wife, Mirian Claudio) | 06cv14558 | 9/14/2007 |
| 13813 | Angela Colavito | 06cv14561 | 9/14/2007 |
| 13941 | Clint Collins (and Wife, Sicilia B Collins) | 06cv14563 | 9/14/2007 |
| 13122 | Anthony Compitello (and Wife, Lisa Compitello) | 06cv13848 | 9/14/2007 |
| 12631 | John Conmy (and Wife, Maureen Conmy) | 06cv13849 | 9/14/2007 |
| 12927 | John Connolly (and Wife, Sharon Connolly) | 06cv13850 | 9/14/2007 |
| 12824 | Michael Connolly (and Wife, Elizabeth Connolly) | 06cv14567 | 9/14/2007 |
| 13154 | Michael Corbett (and Wife, Christie Corbett) | 06cv13852 | 9/14/2007 |
| 12266 | Thomas F Corblies, Jr. (and Wife, Lisa Corblies) | 06cv13853 | 9/14/2007 |
| 13001 | Richard Cosentino (and Wife, Candace Cosentino) | 06cv13855 | 9/14/2007 |
| 13377 | Joseph Costanzo (and Wife, Denise Costanzo) | 06cv13856 | 9/14/2007 |
| 13634 | Michael Cotrone (and Wife, Maria Cotrone) | 06cv14574 | 9/14/2007 |
| 13948 | Israel Crespo | 06cv14577 | 9/14/2007 |
| 12617 | Robert W Cupani (and Wife, Nancy Cupani) | 06cv13858 | 9/14/2007 |
| 6814 | Dean Curti | 04CV8841 | 9/14/2007 |
| 12870 | Vincent Cutler (and Wife, Kelly Cutler) | 06CV7045 | 9/14/2007 |
| 13089 | John Cuzzo (and Wife, Cynthia Cuzzo) | 06cv13859 | 9/14/2007 |
| 12581 | Carlo D'Ambrosi (and Wife, Gilda D'Ambrosi) | 06cv14583 | 9/14/2007 |
| 1423 | James D'Onofrio | 05cv4745 | 9/14/2007 |
| 8727 | Philip Dagostino (and Wife, Dawn Dagostino) | 06cv13860 | 9/14/2007 |
| 12383 | Debra Daniello (and Husband, David S Daniello) | 06cv14092 | 9/14/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 3056 | Ernest Dantuono (and Wife, Camille Dantuono) | 06cv13862 | 9/14/2007 |
| 11027 | Katherine Danzig | 06cv13863 | 9/14/2007 |
| 1421 | Aldonio T. Dasilva | 06cv13864 | 9/14/2007 |
| 14161 | Lynn Davies | 06cv14587 | 9/14/2007 |
| 12998 | Nick DeCourcelles | 06cv13866 | 9/14/2007 |
| 13040 | Louis Del Castello (and Wife, Annemarie Del Castello) | 06cv14590 | 9/14/2007 |
| 12899 | Jose Del Valle (and Wife, Nereida Del Valle) | 06cv14591 | 9/14/2007 |
| 2040 | John DeLaRosa (and Wife, Rafaela M DeLaRosa) | 06cv13867 | 9/14/2007 |
| 13003 | Vincent DeLuca (and Wife, Rosa ) | 06cv13869 | 9/14/2007 |
| 13567 | Eugene Demsey | 06cv14601 | 9/14/2007 |
| 13553 | Christopher DePrisco | 06cv14602 | 9/14/2007 |
| 14050 | Janet Dermody | 06cv14603 | 9/14/2007 |
| 12921 | William Desmond (and Wife, Jacqueline Desmond) | 06cv13870 | 9/14/2007 |
| 2149 | James DeStefano (and Wife, Lisa DeStefano) | 06cv14605 | 9/14/2007 |
| 12678 | Chris Devlin (and Wife, Susan Devlin) | 06cv13871 | 9/14/2007 |
| 13399 | Joseph DiGiorgio (and Wife, Francine DeGiorgio) | 06cv13872 | 9/14/2007 |
| 12695 | Vincent DiLuca | 06cv13873 | 9/14/2007 |
| 13008 | Michael DiMeglio (and Wife, Randi DiMeglio) | 06cv14608 | 9/14/2007 |
| 12730 | Kevin Dineen | 06cv13875 | 9/14/2007 |
| 4120 | Gino Dipardo (and Wife, Allison DiPardo) | 06cv14609 | 9/14/2007 |
| 13390 | Domenick DiPietro | 06cv13874 | 9/14/2007 |
| 12917 | Vernon DiThomas (and Wife, Joan DiThomas) | 06cv14610 | 9/14/2007 |
| 13804 | Donald Donohue | 06cv13876 | 9/14/2007 |
| 12800 | Robert Doolan (and Wife, Yvette Doolan) | 06cv13877 | 9/14/2007 |
| 13316 | Thomas Doran (and Wife, AnneMarie Doran) | 06cv14612 | 9/14/2007 |
| 12611 | Robert Dorrian (and Wife, MaryAnn Dorrian) | 06cv13878 | 9/14/2007 |
| 13409 | Robert Dorrmann (and Wife, Christina T Dorrmann) | 06cv13879 | 9/14/2007 |
| 13796 | Donald Dowler (and Wife, Joan Dowler) | 06cv14616 | 9/14/2007 |
| 9068 | James Doyle (and Wife, Tracy Doyle) | 06cv12676 | 9/14/2007 |
| 14187 | Michael Driscoll (and Wife, Linda Driscoll) | 06cv14617 | 9/14/2007 |
| 13176 | Timothy Driscoll | 06cv14618 | 9/14/2007 |
| 13518 | Timothy Duffy (and Wife, kimberly duffy) | 06cv14621 | 9/14/2007 |
| 13216 | John Dunne (and Wife, Mary Dunne) | 06cv13882 | 9/14/2007 |
| 13785 | Joseph Dunne | 06cv13883 | 9/14/2007 |
| 12720 | Charles Durham | 06cv13884 | 9/14/2007 |
| 12362 | Kevin Ebanks | 06cv13885 | 9/14/2007 |
| 2425 | Aaron Edelman | 05CV1072 | 9/14/2007 |
| 13756 | Donn Edwards (and Wife, Barbara Edwards) | 06cv14626 | 9/14/2007 |

## Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13178 | Steven Edwards (and Wife, Dessire Edwards) | 06cv13886 | 9/14/2007 |
| 12265 | Robert Elia | 06cv13887 | 9/14/2007 |
| 14235 | Robert Elliot (and Wife, Sharon Elliot) | 06cv14627 | 9/14/2007 |
| 12359 | Gregory Elverbaum (and Wife, Jennifer Elverbaum) | 06cv13888 | 9/14/2007 |
| 10806 | Mary Emmanuel | 06cv14629 | 9/14/2007 |
| 12693 | Elvin Erickson | 06cv13889 | 9/14/2007 |
| 12230 | Enny Espinosa (and Wife, Ivonne Espinosa) | 06cv13890 | 9/14/2007 |
| 14013 | Rosolino Fanara | 06cv14637 | 9/14/2007 |
| 12765 | Jody Farabella | 06cv13892 | 9/14/2007 |
| 13282 | Paul Farella (and Wife, Melissa Farella) | 06cv13893 | 9/14/2007 |
| 13444 | Theresa Farello (and Husband, Michael Palladino) | 06cv13894 | 9/14/2007 |
| 3166 | Randolph Farinella (and Wife, Helen Farinella) | 06cv13895 | 9/14/2007 |
| 13592 | Edmon Farrell | 06cv14639 | 9/14/2007 |
| 10378 | James R Farrell (and Wife, Heidi J Farrell) | 06cv13896 | 9/14/2007 |
| 8126 | Vincent Fatto (and Wife, Barbara Fatto) | 06cv13898 | 9/14/2007 |
| 13601 | Eric Fawcett (and Wife, Shaheeda Fawvcett) | 06cv13899 | 9/14/2007 |
| 13063 | Michael Fehsal (and Wife, Kara L Fehsal) | 06cv14643 | 9/14/2007 |
| 12839 | John Felci | 06cv13900 | 9/14/2007 |
| 12808 | Angel Feliciano (and Wife, Sandra Feliciano) | 06cv13901 | 9/14/2007 |
| 13538 | Nelson Feliz (and Wife, Antoinette ) | 06cv13902 | 9/14/2007 |
| 13725 | Richard Fellegara (and Wife, Kathleen Fellegara) | 06cv14644 | 9/14/2007 |
| 14232 | Elias Fernandez (and Wife, Lisa Fernandez) | 06cv14646 | 9/14/2007 |
| 12268 | Denise Ferraro | 06cv13904 | 9/14/2007 |
| 13920 | Robert Ferreiro (and Wife, Dayna Ferreiro) | 06cv14647 | 9/14/2007 |
| 13506 | Frank Figel (and Wife, Gina Figel) | 06cv13905 | 9/14/2007 |
| 13808 | Joseph Fiorello | 06cv13906 | 9/14/2007 |
| 13324 | Kevin Flanagan (and Wife, Helen Flanagan) | 06cv14651 | 9/14/2007 |
| 13457 | Daniel Foley | 06cv13907 | 9/14/2007 |
| 11955 | Raymond Fontana (and Wife, Barbara Fontana) | 06cv13908 | 9/14/2007 |
| 13971 | Peter Forcelli (and Wife, Noreen Forcelli) | 06cv14657 | 9/14/2007 |
| 13252 | Betzayda Fraticelli | 06cv14662 | 9/14/2007 |
| 12822 | John Frezza (and Wife, Sarah A Frezza) | 06cv13910 | 9/14/2007 |
| 11244 | Bobby Fuentes | 06cv13911 | 9/14/2007 |
| 13315 | Mark Furia (and Wife, LeeAnn Furia) | 06cv13912 | 9/14/2007 |
| 1252 | Raymond Fuscaldo | 04CV9838 | 9/14/2007 |
| 8292 | Robert Gabelman (and Wife, Diane Gabelman) | 06cv14667 | 9/14/2007 |
| 13321 | Barry Galfano | 06cv13913 | 9/14/2007 |
| 10784 | Robert Galindo (and Wife, Libby Galindo) | 06cv13914 | 9/14/2007 |

# Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13033 | Vincent Gallagher (and Wife, Mona Gallagher) | 06cv14669 | 9/14/2007 |
| 12716 | Thomas Galvin (and Wife, Claire M Galvin) | 06cv13915 | 9/14/2007 |
| 13319 | Fernando Garcia | 06cv13916 | 9/14/2007 |
| 8846 | Freddy Garcia (and Wife, Monica Garcia) | 06cv13917 | 9/14/2007 |
| 13894 | Hadden Garvin, Jr. | 06cv13918 | 9/14/2007 |
| 11874 | Cheri Gatling (and Husband, Terrence Gatling) | 06cv14675 | 9/14/2007 |
| 12382 | Francis Gavin (and Wife, Kathleen S Gavin) | 06cv13919 | 9/14/2007 |
| 3144 | Robert M Gaydos (and Wife, Dorothy Gaydos) | 06cv14678 | 9/14/2007 |
| 13658 | Deborah Gear | 06cv13920 | 9/14/2007 |
| 13139 | Vernon Geberth (and Wife, Teresa Geberth) | 06cv14679 | 9/14/2007 |
| 12787 | Salvatore Giardina (and Wife, Melissa Giardina) | 06cv13922 | 9/14/2007 |
| 12648 | Bruce Giarratano (and Wife, IRENE GIARRATANO) | 06cv13924 | 9/14/2007 |
| 12586 | Bruce Giarratano (and Wife, Irene Giarratano) | 06cv13923 | 9/14/2007 |
| 13164 | Robert Gilmore (and Wife, Lourdes Gilmore) | 06cv13925 | 9/14/2007 |
| 419 | David Giordano (and Wife, Laura Giordano) | 06cv13926 | 9/14/2007 |
| 13218 | Steven Gitter | 06cv13927 | 9/14/2007 |
| 12591 | Melvin Glover | 06cv13928 | 9/14/2007 |
| 13096 | Patrick Goldrick (and Wife, Cynthia Goldrick) | 06cv13929 | 9/14/2007 |
| 10911 | Susan Gontarek (and Husband, Stanley Gontarek) | 06cv13930 | 9/14/2007 |
| 13919 | Paul Grattan (and Wife, Isabel Grattan) | 06cv14693 | 9/14/2007 |
| 7273 | Joseph Greco (and Wife, Dianne Greco) | 05cv1622 | 9/14/2007 |
| 12656 | Robert Groppe | 06cv13931 | 9/14/2007 |
| 13320 | Duke Groudine (and Wife, Cornelia Groudine) | 06cv13932 | 9/14/2007 |
| 13872 | Frank Guariglia (and Wife, Debra Guariglia) | 06cv13933 | 9/14/2007 |
| 13339 | Dean Guiducci (and Wife, Candace Guidiucci) | 06cv14702 | 9/14/2007 |
| 12906 | Vincent Guinta (and Wife, Erin E Guinta) | 06cv13934 | 9/14/2007 |
| 13002 | Greg Gully | 06cv14703 | 9/14/2007 |
| 13119 | Raymond Gumb (and Wife, Shirley A Gumb) | 06cv13935 | 9/14/2007 |
| 12633 | Haywood Hall (and Wife, Sharon L Hall) | 06cv13936 | 9/14/2007 |
| 13401 | Arlene Hanwacker | 06cv13937 | 9/14/2007 |
| 13109 | Chris Harmon (and Wife, Maria Harmon) | 06cv13938 | 9/14/2007 |
| 9058 | Michael Hartman (and Wife, Mary-Ann Hartman) | 06cv13939 | 9/14/2007 |
| 12692 | Connie Hartman-Wilhelm (and Husband, Richard Wilheim) | 06cv13940 | 9/14/2007 |
| 13163 | Peter Hartnett | 06cv13941 | 9/14/2007 |
| 12650 | William Harvey | 06cv13942 | 9/14/2007 |
| 14048 | Brian Hassett (and Wife, Patricia H Hassett) | 06cv14713 | 9/14/2007 |
| 13685 | Randy Hawes (and Wife, Andrena M Hawes) | 06cv14714 | 9/14/2007 |
| 12645 | Michael Haynes (and Wife, Marjorie Haynes) | 06cv13943 | 9/14/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| File No | Plaintiff | Index Number | Date Filed |
| 13504 | Donald Heffern (and Wife, Anne ) | 06cv14717 | 9/14/2007 |
| 2767 | Julio Henriquez (and Wife, Ana Henriquez) | 06cv13944 | 9/14/2007 |
| 12366 | Daniel Henry (and Wife, Antonietta Heng) | 06cv13945 | 9/14/2007 |
| 12114 | Maxine Hernandez | 06cv13946 | 9/14/2007 |
| 14109 | Mindy Hersh | 06cv14721 | 9/14/2007 |
| 14034 | Bentley Heyliger (and Wife, Debrah Heyliger) | 06cv14722 | 9/14/2007 |
| 13679 | Patrick Higgins | 06cv13947 | 9/14/2007 |
| 12742 | Melanie Hobson (and Wife, shawn hobson) | 06cv13948 | 9/14/2007 |
| 12708 | Shawn Hobson (and Wife, Melanie Hobson) | 06cv13949 | 9/14/2007 |
| 13676 | David Hoey (and Wife, stacey hoey) | 06cv13950 | 9/14/2007 |
| 13857 | Thomas Hogan (and Wife, Dolores Hogan) | 06cv14728 | 9/14/2007 |
| 13810 | William Hogan (and Wife, Debra Hogan) | 06cv13951 | 9/14/2007 |
| 12739 | Gwendolyn Hogue | 06cv13952 | 9/14/2007 |
| 13459 | William Holfester (and Wife, Michelle Holfester) | 06cv13953 | 9/14/2007 |
| 11922 | Dennis Honor (and Wife, Laura M Honor) | 06cv13954 | 9/14/2007 |
| 13735 | Robert Horan (and Wife, Florence Horan) | 06cv14729 | 9/14/2007 |
| 13740 | Adem Hot (and Wife, Haka Hot) | 06cv14730 | 9/14/2007 |
| 13554 | Dwight Hovington | 06cv14731 | 9/14/2007 |
| 13349 | Edwin Huberts (and Wife, Nancy Huberts) | 06cv13955 | 9/14/2007 |
| 13043 | Geoffrey Hughes (and Wife, Lisa A Hughes) | 06cv14733 | 9/14/2007 |
| 13781 | Kevin Hughes (and Wife, Allison Hughes) | 06cv14734 | 9/14/2007 |
| 13684 | Kurt Hunter (and Wife, Susan Hunter) | 06cv14736 | 9/14/2007 |
| 12995 | Robert Iaboni (and Wife, Gina Iaboni) | 06cv13956 | 9/14/2007 |
| 13819 | Robert Iacobelli | 06cv13957 | 9/14/2007 |
| 13467 | Glenn Jacklitsch (and Wife, Ana Jacklitsch) | 06cv14740 | 9/14/2007 |
| 10392 | Amryl James-Reid (and Husband, Maurice Reid) | 06cv14742 | 9/14/2007 |
| 13508 | Dean Janowski | 06cv14745 | 9/14/2007 |
| 12450 | Anthony Jarnich (and Wife, Janina Jarnich) | 06cv13958 | 9/14/2007 |
| 13016 | Martin Jedrzejewski | 06cv14748 | 9/14/2007 |
| 12635 | Teddy Jimenez | 06cv14750 | 9/14/2007 |
| 14082 | Charles Johnson (and Wife, Ritay Johnson) | 06cv14752 | 9/14/2007 |
| 13566 | John Johnston (and Wife, Gina M Johnston) | 06cv13961 | 9/14/2007 |
| 13852 | Brian Jones | 06cv14754 | 9/14/2007 |
| 13521 | Serena Jones (and Husband, Frank Castellano) | 06cv13962 | 9/14/2007 |
| 13472 | Tony Jones (and Wife, Pamela Megan Jones) | 06cv13963 | 9/14/2007 |
| 12661 | Paul Josefson (and Wife, Diane L Josefson) | 06cv14758 | 9/14/2007 |
| 13603 | Alan Kalisky | 06cv14761 | 9/14/2007 |
| 12796 | Keith Karant (and Wife, Kimberly L Karant) | 06cv13967 | 9/14/2007 |


## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13498 | Joseph Kearney | 06cv14767 | 9/14/2007 |
| 13273 | Thomas Kearns Jr. (and Wife, Mary Ann Kearns) | 06cv14768 | 9/14/2007 |
| 12372 | Michael Keenan (and Wife, Susan Keenan) | 06cv13970 | 9/14/2007 |
| 3245 | Thomas Kelly | 06cv13972 | 9/14/2007 |
| 13388 | Ronald Kemly (and Wife, Theresa Kemly) | 06cv13973 | 9/14/2007 |
| 13702 | Michael Kenny (and Wife, Brenda ) | 06cv14770 | 9/14/2007 |
| 12346 | Bruce Kent (and Wife, Joyce Kent) | 06cv13974 | 9/14/2007 |
| 13916 | Jeff Kleiman (and Wife, Diane Kleiman) | 06cv14775 | 9/14/2007 |
| 12734 | Randal Kraft (and Wife, Jennifer Kraft) | 06CV7050 | 9/14/2007 |
| 13950 | Robert Kratenstein | 06cv13977 | 9/14/2007 |
| 13598 | Brian Krebs | 06cv13978 | 9/14/2007 |
| 12748 | Michael Kudela (and Wife, Colleen R Kudela) | 06cv14780 | 9/14/2007 |
| 12384 | Chester Kurdyla (and Wife, Margaret Kurdyla) | 06cv13979 | 9/14/2007 |
| 11891 | Michael Ladagana | 06cv14782 | 9/14/2007 |
| 12629 | Charlene LaGreca | 06cv13980 | 9/14/2007 |
| 13369 | Brian Laine (and Wife, Elise Rachel Laine) | 06cv13981 | 9/14/2007 |
| 14088 | James Lake (and Wife, Adrianne Lake) | 06cv14784 | 9/14/2007 |
| 12901 | Robert Lake (and Wife, MARLENE W LAKE) | 06cv13982 | 9/14/2007 |
| 13376 | Alice Lang | 06cv14165 | 9/14/2007 |
| 10713 | Kenneth Larm (and Wife, Marianne Larm) | 06cv13983 | 9/14/2007 |
| 12931 | Richard Latargia (and Wife, Maria Latargia) | 06cv13984 | 9/14/2007 |
| 14110 | John Lavi | 06cv14786 | 9/14/2007 |
| 13893 | Lois Lazarus | 06cv14788 | 9/14/2007 |
| 13173 | Suzanne Leacock-Singleton (and Husband, Ronald Singleton) | 06cv14789 | 9/14/2007 |
| 13726 | Franklin Lechner (and Wife, Carmen Lechner) | 06cv14790 | 9/14/2007 |
| 12816 | Linda LeCroy | 06cv13985 | 9/14/2007 |
| 13025 | Jacqueline Leiva | 06cv13986 | 9/14/2007 |
| 12778 | David Lendzian (and Wife, Janet Mildred R Lendzian) | 06cv14792 | 9/14/2007 |
| 12628 | Ernest Lentini (and Wife, Diane ) | 06cv13988 | 9/14/2007 |
| 13130 | Kenneth Lewis (and Wife, Patricia Lewis) | 06cv14794 | 9/14/2007 |
| 13614 | Ignatius Licato (and Wife, stacey licato) | 06cv13992 | 9/14/2007 |
| 13608 | William Lindquist (and Wife, Deborah Lindquist) | 06cv14796 | 9/14/2007 |
| 13225 | Carlo Linea (and Wife, Josephine Linea) | 06cv13993 | 9/14/2007 |
| 4004 | Ronald Lingo | 06cv14797 | 9/14/2007 |
| 13619 | Nicolino Lisio | 06cv14800 | 9/14/2007 |
| 13773 | Nicholas Liverani (and Wife, Geralyn Liverani) | 06cv13994 | 9/14/2007 |
| 13051 | Lawrence Logan (and Wife, Doreen Logan) | 06cv13995 | 9/14/2007 |
| 12659 | David Lopez | 06cv13996 | 9/14/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12793 | Frank Lorelli | 06cv13998 | 9/14/2007 |
| 12654 | Richard LoRusso (and Wife, Patricia LoRusso) | 06cv13999 | 9/14/2007 |
| 1379 | Desmond Loughran (and Wife, Helen Loughran) | 05CV0186 | 9/14/2007 |
| 13019 | Cheryl Lowe | 06cv14000 | 9/14/2007 |
| 13400 | Louis Lugero (and Wife, Anna Marie Lugero) | 06cv14002 | 9/14/2007 |
| 13103 | Glenn Lugo | 06cv14003 | 9/14/2007 |
| 13038 | Rafael Luyando (and Wife, Iveliz Luyando) | 06cv14814 | 9/14/2007 |
| 12755 | Richard Lynch | 06cv14005 | 9/14/2007 |
| 13958 | James Lyons (and Wife, Patricia Lyons) | 06cv14007 | 9/14/2007 |
| 9425 | Rhoel Macapobre | 06cv14815 | 9/14/2007 |
| 13370 | James MacDonald (and Wife, Natalya Rivkin-Macdonald) | 06cv14008 | 9/14/2007 |
| 14148 | Albert Mack (and Wife, Kelley Mack) | 06cv14818 | 9/14/2007 |
| 13030 | Lee Macklowe | 06cv14821 | 9/14/2007 |
| 13640 | Kevin Madden (and Wife, Joan Madden) | 06cv14009 | 9/14/2007 |
| 13448 | Brian Maguire (and Wife, Judith Maguire) | 06cv14010 | 9/14/2007 |
| 13569 | Patrick Mahon, Jr. (and Wife, Julysan Mahon) | 06cv14011 | 9/14/2007 |
| 13721 | Brian Makinen (and Wife, Norisa Cruz Makinen) | 06cv14823 | 9/14/2007 |
| 13116 | James Malley (and Wife, Susan Malley) | 06cv14013 | 9/14/2007 |
| 6556 | Edward Mamet | 06cv14014 | 9/14/2007 |
| 11486 | Robert Manfre | 06cv14015 | 9/14/2007 |
| 12367 | Stephen Manning (and Wife, Denise Manning) | 06cv14016 | 9/14/2007 |
| 13445 | Franklin Marin | 06cv14830 | 9/14/2007 |
| 13171 | Eric Marrero (and Wife, Michelle Marrero) | 06cv14018 | 9/14/2007 |
| 11907 | John Marshall (and Wife, Deborah Hughes) | 06cv14019 | 9/14/2007 |
| 12850 | Marcos Martinez (and Wife, Debbie A Martinez) | 06cv14836 | 9/14/2007 |
| 13340 | Richard Martinez (and Wife, Mayra Nunez) | 06cv14020 | 9/14/2007 |
| 13886 | Anthony Massaro (and Wife, Diana Massaro) | 06cv14021 | 9/14/2007 |
| 11744 | John Masseria (and Wife, Jennifer Masseria) | 06cv14022 | 9/14/2007 |
| 13988 | John Massoni (and Wife, Marie Massoni) | 06cv14837 | 9/14/2007 |
| 12526 | Eleodoro Mata (and Wife, Ivis Rodriguez-Mata) | 06cv14023 | 9/14/2007 |
| 12234 | Anna Matos | 06cv14024 | 9/14/2007 |
| 13706 | Lorraine McAndrews | 06cv14841 | 9/14/2007 |
| 13259 | James McCafferty (and Wife, Jeanne McCafferty) | 06cv14846 | 9/14/2007 |
| 13949 | Michael McCarthy (and Wife, Particia McCarthy) | 06cv14025 | 9/14/2007 |
| 13105 | Scott McCarthy (and Wife, Nicole McCarthy) | 06cv14849 | 9/14/2007 |
| 13365 | Christopher McCormack (and Wife, Jeannine McCormack) | 06cv14026 | 9/14/2007 |
| 7067 | Michael McCormack (and Wife, Margaret McCormack) | 06cv14027 | 9/14/2007 |
| 12634 | Ryan McCormick (and Wife, Jessica McCormick) | 06cv14028 | 9/14/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| File No | Plaintiff | Index Number | Date Filed |
| 13636 | Brian McFarland | 06cv14030 | 9/14/2007 |
| 13217 | John McGuire (and Wife, Anne McGuire) | 06cv14859 | 9/14/2007 |
| 13576 | Thomas McHale (and Wife, Linda Susan McHale) | 06cv14031 | 9/14/2007 |
| 13214 | Brian McKenna (and Wife, Linda McKenna) | 06cv14032 | 9/14/2007 |
| 12806 | Robert McNamara (and Wife, Lisa McNamara) | 06cv14863 | 9/14/2007 |
| 12712 | Edward McQuade (and Wife, Catherine McQuade) | 06cv14034 | 9/14/2007 |
| 13184 | John Medina (and Wife, Gladys Medina) | 06cv14035 | 9/14/2007 |
| 13121 | Rafael Melendez | 06cv14037 | 9/14/2007 |
| 13678 | Nelson Mendez, Jr. | 06cv14871 | 9/14/2007 |
| 13632 | Goria Merjave, as Personal Representative of Martin J Merjave | 06cv14873 | 9/14/2007 |
| 14053 | Lou Micillo (and Wife, Michelle Micillo) | 06cv14876 | 9/14/2007 |
| 13083 | Alvin Middleton (and Wife, Patricia Ann Middleton) | 06cv14038 | 9/14/2007 |
| 13419 | Michael Miele (and Wife, Diana T Miele) | 06cv14877 | 9/14/2007 |
| 14163 | Harry Mikedis | 06cv14878 | 9/14/2007 |
| 13606 | Steve MiKedis (and Wife, Angeliki ) | 06cv14039 | 9/14/2007 |
| 13822 | Walter Miley (and Wife, Helen E Miley) | 06cv14879 | 9/14/2007 |
| 13747 | Vincent Milone (and Wife, Deborah Milone) | 06cv14040 | 9/14/2007 |
| 13209 | William Mincher (and Wife, Jennifer M Mincher) | 06cv14041 | 9/14/2007 |
| 12270 | Anthony Minervini (and Wife, Agatha Minervini) | 06cv14881 | 9/14/2007 |
| 13458 | Dennis Minogue (and Wife, Christa Minogue) | 06cv14042 | 9/14/2007 |
| 12736 | Frank Misa (and Wife, Jennifer Misa) | 06cv14043 | 9/14/2007 |
| 13737 | John Moglia | 06cv14886 | 9/14/2007 |
| 13490 | Jorge Mojica (and Wife, Lililian Mojica) | 06cv14887 | 9/14/2007 |
| 12930 | Eddie Molina (and Wife, Mayra R Molina) | 06cv14044 | 9/14/2007 |
| 13555 | Joseph Monsorno (and Wife, Eileen Monsorno) | 06cv14890 | 9/14/2007 |
| 12704 | Marla Montague (and Husband, Robert Montague) | 06CV7048 | 9/14/2007 |
| 12468 | Susan Montalvo | 06cv14045 | 9/14/2007 |
| 13499 | William M Moore (and Wife, Elizabeth Moore) | 06cv14893 | 9/14/2007 |
| 1355 | Jose Morales (and Wife, Stephanie Morales) | 06cv14896 | 9/14/2007 |
| 12945 | Michael Morales (and Wife, Claribel Morales) | 06cv14046 | 9/14/2007 |
| 13253 | Willie Moree | 06cv14900 | 9/14/2007 |
| 14185 | Alan Morgenthal (and Wife, Geralyn Morgenthal) | 06cv14903 | 9/14/2007 |
| 12799 | Lyliana Moya (and Husband, Hector Rivera) | 06cv14910 | 9/14/2007 |
| 13297 | Dennis Murphy (and Wife, Mary Luise Murphy) | 06cv14912 | 9/14/2007 |
| 13135 | James Murphy | 06cv14050 | 9/14/2007 |
| 13470 | Stephen Murphy (and Wife, Michelle Murphy) | 06cv14914 | 9/14/2007 |
| 12783 | Mary Murray (and Husband, Keith Zavilowitz) | 06cv14915 | 9/14/2007 |
| 12651 | John Muzek (and Wife, Jill Muzek) | 06cv14051 | 9/14/2007 |

| Rider | Service Rider | | |
|---|---|---|---|
| File No | Plaintiff | Index Number | Date Filed |
| 14186 | Robert Nagle (and Wife, Regina E Nagle) | 06cv14917 | 9/14/2007 |
| 13438 | Rene Narvaez | 06cv14052 | 9/14/2007 |
| 13465 | Ricardo Nenadich (and Wife, Christine M Nenadich) | 06cv14053 | 9/14/2007 |
| 14170 | Madeleine Netrosio (and Husband, Steven Belich) | 06cv14918 | 9/14/2007 |
| 14029 | William NG (and Wife, Maribel NG) | 06cv14919 | 9/14/2007 |
| 12949 | Richard Nicoletti (and Wife, Debra Nicoletti) | 06cv14055 | 9/14/2007 |
| 13447 | Steven Nicoletti (and Wife, Mary Nicoletti) | 06cv14921 | 9/14/2007 |
| 12772 | Doreen Nicotra (and Husband, Stephen Nicotra) | 06cv14056 | 9/14/2007 |
| 13898 | Nils Nielsen | 06cv14057 | 9/14/2007 |
| 12805 | Cipriano Nigro (and Wife, Lori Nigro) | 06cv14923 | 9/14/2007 |
| 13332 | Albert Nizzari (and Wife, Denise Nizzari) | 06cv14924 | 9/14/2007 |
| 13627 | Anthony Nuccio | 06cv14058 | 9/14/2007 |
| 13897 | James O Keefe | 06cv14931 | 9/14/2007 |
| 13666 | Edward O Rourke | 06cv14932 | 9/14/2007 |
| 12044 | Joseph O'Brien (and Wife, Ann O'Brien) | 06cv14059 | 9/14/2007 |
| 8529 | Timothy O'Brien (and Wife, Ann O'Brien) | 06cv7272 | 9/14/2007 |
| 13762 | Kenneth Oliveri (and Wife, Lisa Oliveri) | 06cv14934 | 9/14/2007 |
| 11059 | Richard Oliveri (and Wife, Mary Oliveri) | 06cv14061 | 9/14/2007 |
| 13411 | Anna Olivero (and Husband, Luis A Olivero) | 06cv14062 | 9/14/2007 |
| 13843 | Johnny Orellana (and Wife, Linda Orellana) | 06cv14935 | 9/14/2007 |
| 12590 | Rafael Orozco (and Wife, Maribel Orozco) | 06cv14936 | 9/14/2007 |
| 1796 | Jacquelyn Orta (and Husband, Ernesto Orta) | 06cv1116 | 9/14/2007 |
| 12797 | Julio Ortiz | 06cv14938 | 9/14/2007 |
| 12385 | Gregory Osborn (and Wife, Felicitas Osborn) | 06cv14939 | 9/14/2007 |
| 13262 | Patrick Oshaughnessy (and Wife, Christa Oshaughnessy) | 06cv14940 | 9/14/2007 |
| 13291 | Glenn Ott (and Wife, Marilyn R Ott) | 06cv14064 | 9/14/2007 |
| 12789 | Girard Owens | 06cv14065 | 9/14/2007 |
| 13629 | Jolynn Owens | 06cv14066 | 9/14/2007 |
| 13540 | Steven Oxnard | 06cv14941 | 9/14/2007 |
| 13132 | Richard Padilla (and Wife, Raquel Padilla) | 06cv14067 | 9/14/2007 |
| 13823 | Rafael Padron | 06cv14943 | 9/14/2007 |
| 14102 | Jose Pagan (and Wife, Jeanne pagan) | 06cv14944 | 9/14/2007 |
| 13060 | Glenn Pagano | 06cv14068 | 9/14/2007 |
| 13621 | Melissa Page | 06cv14945 | 9/14/2007 |
| 13221 | Allison Palmer | 06cv14069 | 9/14/2007 |
| 13134 | Mildred Palmer (and Wife, Elmer Palmer) | 06cv14070 | 9/14/2007 |
| 10744 | Frank Pangallo | 06cv14071 | 9/14/2007 |
| 12944 | Francis Pantaleo (and Wife, Lisa Pantaleo) | 06cv14947 | 9/14/2007 |

# Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13460 | George Paramithis (and Wife, Jill Paramithis) | 06cv14948 | 9/14/2007 |
| 14164 | James Patterson (and Wife, Arlene Patterson) | 06cv14949 | 9/14/2007 |
| 12686 | Richard Pchola | 06cv14073 | 9/14/2007 |
| 13944 | Raul Pedernera (and Wife, Esperanza Pederneras) | 06cv14953 | 9/14/2007 |
| 13100 | Marilin Peralta | 06cv14956 | 9/14/2007 |
| 13045 | Rafael Peralta (and Wife, Yolanda Peralta) | 06cv14957 | 9/14/2007 |
| 13599 | Carmelo Perez (and Wife, Lina R Perez) | 06cv14960 | 9/14/2007 |
| 12709 | Robert Peters | 06cv14965 | 9/14/2007 |
| 13015 | James Peterson (and Wife, Arlene Peterson) | 06cv14967 | 9/14/2007 |
| 13272 | Stephen Petrovich | 06cv14075 | 9/14/2007 |
| 13211 | Tanya Petty (and Husband, Eric Petty) | 06cv14076 | 9/14/2007 |
| 13005 | Daniel Pietranico | 06cv14077 | 9/14/2007 |
| 13149 | Anngeannette Pinkston | 06cv14078 | 9/14/2007 |
| 13523 | Joseph Pira | 06cv14971 | 9/14/2007 |
| 13855 | Anthony Pirozzoli (and Wife, Jean Ann Pirozzoli) | 06cv14972 | 9/14/2007 |
| 12984 | Joseph Pisano (and Wife, Lisa Ann Pisano) | 06cv14974 | 9/14/2007 |
| 7578 | Bobby Pitt | 06cv14975 | 9/14/2007 |
| 12571 | Victor M Pizzarro | 06cv14079 | 9/14/2007 |
| 14231 | Janet Pohlmann | 06cv14976 | 9/14/2007 |
| 13004 | Giovanni Porcelli (and Wife, Ruth Porcelli) | 06cv14979 | 9/14/2007 |
| 12861 | William Powell (and Wife, Linda Powell) | 06cv14980 | 9/14/2007 |
| 13418 | Matthew Prial | 06cv14981 | 9/14/2007 |
| 13562 | Edward Puglisi | 06cv14081 | 9/14/2007 |
| 1772 | Kenneth Quest (and Wife, Susan Quest) | 05CV5581 | 9/14/2007 |
| 13783 | Daniel Quirke | 06cv14082 | 9/14/2007 |
| 14157 | Eugenio Ramos (and Wife, Nehe Ramos) | 06cv14988 | 9/14/2007 |
| 13759 | Richard Ramos (and Wife, Migdalia Ramos) | 06cv14989 | 9/14/2007 |
| 13455 | James Randolphe (and Wife, Authrine Randolphe) | 06cv14991 | 9/14/2007 |
| 11545 | Julio Razon | 06cv14992 | 9/14/2007 |
| 12873 | Alfred Reed (and Wife, Laquesha Reed) | 06cv14083 | 9/14/2007 |
| 4516 | John D. Reilly (and Wife, Gail W Reilly) | 06cv14995 | 9/14/2007 |
| 13798 | Kevin Reilly (and Wife, Karen Reilly) | 06cv14086 | 9/14/2007 |
| 12553 | Vincent Reilly (and Wife, Regina Reilly) | 06cv14996 | 9/14/2007 |
| 13406 | James Renne (and Wife, Melinda Renne) | 06cv14087 | 9/14/2007 |
| 14165 | Anthony Reyes | 06cv14999 | 9/14/2007 |
| 8809 | Aisha Ricks | 06CV7046 | 9/14/2007 |
| 2841 | Robert Riera (and Wife, Evelyn Riera) | 05CV1787 | 9/14/2007 |
| 883 | David Rivas (and Wife, Elizabeth Rivas) | 05CV1698 | 9/14/2007 |

| Rider | | | |
|---|---|---|---|
| **Service Rider** | | | |
| File No | Plaintiff | Index Number | Date Filed |
| 10961 | Victor Rivas (and Wife, Diane Rivas) | 06cv15004 | 9/14/2007 |
| 13403 | Anthony Rivera (and Wife, Margaret Rivera) | 06cv15005 | 9/14/2007 |
| 13449 | David Rivera | 06cv14088 | 9/14/2007 |
| 2614 | Jeffrey Rivera (and Wife, Auying Rivera) | 04cv09842 | 9/14/2007 |
| 12737 | Rick Rivera (and Wife, Silmeia Rivera) | 06cv14089 | 9/14/2007 |
| 13604 | Peter Riviezzo (and Wife, Bonnie Riviezzo) | 06cv14090 | 9/14/2007 |
| 13181 | Patrizio Rizzi (and Wife, Karen Rizzi) | 06cv15006 | 9/14/2007 |
| 13807 | Denia Roberts | 06cv14091 | 9/14/2007 |
| 13106 | Kenneth Robinson (and Wife, Melissa Robinson) | 06cv14093 | 9/14/2007 |
| 12837 | William K Robinson | 06cv15009 | 9/14/2007 |
| 13712 | Angel Rocano | 06cv15011 | 9/14/2007 |
| 14112 | Jose Rodas (and Wife, Maria Rodas) | 06cv15012 | 9/14/2007 |
| 13142 | Amilcar Rodriguez (and Wife, Jennifer Rodriguez) | 06cv14094 | 9/14/2007 |
| 13784 | Douglas Rodriguez | 06cv15013 | 9/14/2007 |
| 13710 | Jorge Rodriguez | 06cv14095 | 9/14/2007 |
| 6278 | Jorge L Rodriguez | 06cv14096 | 9/14/2007 |
| 8678 | Pablo Rodriguez (and Wife, Shirley Rodriguez) | 06cv14097 | 9/14/2007 |
| 12744 | Raymond Rodriguez (and Wife, Evelyn Rodriguez) | 06cv14098 | 9/14/2007 |
| 12058 | Geoffrey Roesch | 06cv14099 | 9/14/2007 |
| 13210 | Franklyn Roman | 06cv14100 | 9/14/2007 |
| 1468 | Robert Roman (and Wife, Myrna Roman) | 05CV1684 | 9/14/2007 |
| 13442 | Joseph Rosario (and Wife, Lori J Rosario) | 06cv14102 | 9/14/2007 |
| 8699 | Wilfredo Rosario (and Wife, Luz Rosario) | 06cv15021 | 9/14/2007 |
| 13873 | Mitchel Rosen (and Wife, Iris Rosen) | 06cv14103 | 9/14/2007 |
| 13182 | Joseph Rotondo (and Wife, Regina Rotondo) | 06cv14105 | 9/14/2007 |
| 13507 | Thomas Rowe (and Wife, Natalie Rowe) | 06cv15023 | 9/14/2007 |
| 13129 | James Ruggiero | 06cv15025 | 9/14/2007 |
| 12664 | Joseph Ruocco (and Wife, Alina Ruocco) | 06cv14106 | 9/14/2007 |
| 13975 | Glenn Russo | 06cv15026 | 9/14/2007 |
| 13075 | James Russo (and Wife, Lynda Russo) | 06cv15027 | 9/14/2007 |
| 10906 | Michael Ryan (and Wife, Catherine Ryan) | 06cv15030 | 9/14/2007 |
| 12153 | George Sabando (and Wife, Nurys I Sabando) | 06cv14107 | 9/14/2007 |
| 13301 | Sanzers Sainnoval | 06cv14108 | 9/14/2007 |
| 3593 | Frank Salamone (and Wife, Jodie Salamone) | 05cv1713 | 9/14/2007 |
| 12652 | Morgan Samuel | 06cv14109 | 9/14/2007 |
| 8271 | David Sanabria (and Wife, Roseann Sanabria) | 06cv14110 | 9/14/2007 |
| 13475 | Jose Sanchez | 06cv15033 | 9/14/2007 |
| 12849 | Marisol Sanchez | 06cv14111 | 9/14/2007 |

# Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 14030 | Richard L Sanchez | 06cv15034 | 9/14/2007 |
| 13387 | Richard Sanchez, Sr. (and Wife, Maureen Sanchez) | 06cv14112 | 9/14/2007 |
| 11699 | Robert Santiago (and Wife, Rseann L Santiago) | 06cv15037 | 9/14/2007 |
| 12644 | Errol Santos (and Wife, Claudia Santos) | 06cv15038 | 9/14/2007 |
| 12746 | Bill Sapano (and Wife, Tina Sapano) | 06cv14113 | 9/14/2007 |
| 8647 | Robert Saporito (and Wife, Elizabeth M Saporito) | 06cv14114 | 9/14/2007 |
| 13976 | Rodney Satterfield (and Wife, Cheryl Satterfield) | 06cv15040 | 9/14/2007 |
| 2532 | Pasquale Saulino (and Wife, Dianne Saulino) | 06cv15041 | 9/14/2007 |
| 12983 | Jason Savino (and Wife, Jeanette Savino) | 06cv15042 | 9/14/2007 |
| 14225 | Cara Savittiere (and Wife, Miki Sarittiere) | 06cv15039 | 9/14/2007 |
| 12691 | Robert Sbarra | 06cv14115 | 9/14/2007 |
| 13266 | Edward Schaefer (and Wife, Michele Schaefer) | 06cv15043 | 9/14/2007 |
| 9336 | Lawrence Scheid (and Wife, Lola Scheid) | 06cv14117 | 9/14/2007 |
| 12676 | Gerard Schell | 06cv14118 | 9/14/2007 |
| 2500 | William Schillinger (and Wife, Maryanne Schillinger) | 05CV1184 | 9/14/2007 |
| 14098 | Michael Schindlar (and Wife, Gloria Schindlar) | 06cv15044 | 9/14/2007 |
| 12710 | William Schmittgall (and Wife, Michele Schmittgall) | 06cv15046 | 9/14/2007 |
| 13645 | Matthew Schoffel | 06cv14119 | 9/14/2007 |
| 12653 | Edgar Schoffner (and Wife, Gary M Schoffner) | 06cv15047 | 9/14/2007 |
| 12057 | Carl Schroeder | 06cv15048 | 9/14/2007 |
| 13517 | Adam Schuler (and Wife, Donna M Schuler) | 06cv14120 | 9/14/2007 |
| 12819 | Robert Schultz | 06cv15050 | 9/14/2007 |
| 1396 | William Schutt (and Wife, Sandra E Schutt) | 06cv14121 | 9/14/2007 |
| 12594 | Jerome W Schwartz (and Wife, Olga Schwartz) | 06cv15051 | 9/14/2007 |
| 12595 | Michael Schwartz | 06cv15052 | 9/14/2007 |
| 12877 | William Schwarz (and Wife, Sharon Schwarz) | 06cv14122 | 9/14/2007 |
| 13624 | Glenn Scott (and Wife, Nanette Scott) | 06cv14123 | 9/14/2007 |
| 12954 | Richard Scrivani (and Wife, marianne Scrivani) | 06cv15054 | 9/14/2007 |
| 12956 | John Scully (and Wife, Charleen A Scully) | 06cv14124 | 9/14/2007 |
| 13888 | Ian Searing (and Wife, Linda Searing) | 06cv14125 | 9/14/2007 |
| 13558 | John Senzamici (and Wife, Antonina Senzamici) | 06cv14126 | 9/14/2007 |
| 13039 | Reuben Shaw (and Wife, Dana Shaw) | 06cv15058 | 9/14/2007 |
| 10708 | Edmund Sheridan (and Wife, Jennifer Sheridan) | 06cv15059 | 9/14/2007 |
| 13267 | Farije Sheridan (and Husband, Thomas Sheridan) | 06cv15160 | 9/14/2007 |
| 13694 | Ralph Sherlock (and Wife, Noreen McGuiness-Sherlock) | 06cv15161 | 9/14/2007 |
| 10714 | Robert Sielaw (and Wife, Maria Chiauppa) | 06cv2886 | 9/14/2007 |
| 13818 | Frank Signorile (and Wife, Marha Signorile) | 06cv15163 | 9/14/2007 |
| 13535 | Andrew Siroka (and Wife, Florence Siroka) | 06cv14128 | 9/14/2007 |

# Service Rider

Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 12549 | Chris Skinner | 06cv14129 | 9/14/2007 |
| 8750 | James Smith | 06cv14130 | 9/14/2007 |
| 13090 | Russell Smith | 06cv14131 | 9/14/2007 |
| 9954 | Thomas Snyder | 06cv14133 | 9/14/2007 |
| 14055 | Robert Sommer | 06cv15073 | 9/14/2007 |
| 12580 | Robert Sparandera (and Wife, Josephine Sparandera) | 06cv14134 | 9/14/2007 |
| 12618 | Peter Sparta (and Wife, Rose Debra Sparta) | 06cv14135 | 9/14/2007 |
| 12812 | Russell Spatafora (and Wife, Carolyn Spatafora) | 06cv15075 | 9/14/2007 |
| 12448 | Edward Spinelli (and Wife, Donna J Spinelli) | 06cv15077 | 9/14/2007 |
| 12770 | Jeff Staniland (and Wife, Jean Staniland) | 06cv15078 | 9/14/2007 |
| 13042 | Patrick Streffacio (and Wife, Kathy Streffario) | 06cv14137 | 9/14/2007 |
| 11754 | John Sugrue (and Wife, Mary Sugrue) | 06cv15082 | 9/14/2007 |
| 11894 | Timothy Sullivan (and Wife, Patricia L Sullivan) | 06cv14140 | 9/14/2007 |
| 11704 | Montgomery Summa (and Wife, Heather C Summa) | 06cv14141 | 9/14/2007 |
| 8721 | John Tartamella (and Wife, Kathleen A Tartamella) | 06cv15085 | 9/14/2007 |
| 12387 | Stephen Tatur (and Wife, Heather Tatur) | 06cv14142 | 9/14/2007 |
| 13600 | David Tavernier (and Wife, Venus Tavernier) | 06cv14143 | 9/14/2007 |
| 12756 | Kevin Taylor (and Wife, Tammy Taylor) | 06cv15086 | 9/14/2007 |
| 12738 | Henrik Teelimian (and Wife, Narine Teelimian) | 06cv14144 | 9/14/2007 |
| 12916 | Adam Tegan (and Wife, Pattie-Ann Tegan) | 06cv14145 | 9/14/2007 |
| 7638 | David Teran (and Wife, Deborah Martinez) | 06 cv 4743 | 9/14/2007 |
| 12868 | Harold Thomas (and Wife, Ila L Thomas) | 06cv15088 | 9/14/2007 |
| 13697 | William Thomas (and Wife, Deborah Thomas) | 06cv15089 | 9/14/2007 |
| 11887 | Eddie Tibbatts | 06cv15090 | 9/14/2007 |
| 13061 | James Tighe | 06cv14147 | 9/14/2007 |
| 12993 | Daniel Tirelli (and Wife, Dawn Tirelli) | 06cv14148 | 9/14/2007 |
| 12971 | James Tolson (and Wife, James Tolson) | 06cv14149 | 9/14/2007 |
| 2038 | Mark Torre (and Wife, Lisa Torre) | 06cv14150 | 9/14/2007 |
| 13596 | John Totaro | 06cv14151 | 9/14/2007 |
| 7111 | Benard Tracey | 06cv14152 | 9/14/2007 |
| 13651 | Adam Traina (and Wife, Sandra Traina) | 06cv15097 | 9/14/2007 |
| 12717 | William Trammell | 06cv14153 | 9/14/2007 |
| 12992 | John Travaglia | 06cv15099 | 9/14/2007 |
| 12997 | Guido Trivino (and Wife, Carolyn Trivino) | 06cv14154 | 9/14/2007 |
| 12773 | Steven Truglio (and Wife, Aleksandra Truglio) | 06cv15101 | 9/14/2007 |
| 13580 | Josef Turski (and Wife, Anne Turski) | 06cv15103 | 9/14/2007 |
| 9426 | John Tymus | 06cv14155 | 9/14/2007 |
| 12684 | Ervin Urbina | 06cv14156 | 9/14/2007 |

## Service Rider

| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 13152 | David Vadala | 06cv14157 | 9/14/2007 |
| 13754 | Craig VanHyning (and Wife, Christine VanHyning) | 06cv15109 | 9/14/2007 |
| 12776 | Christopher Vaughn (and Wife, Mina Voughn) | 06cv15111 | 9/14/2007 |
| 13077 | Jeffrey Vecchione (and Wife, Debra Vecchione) | 06cv14160 | 9/14/2007 |
| 13202 | Juan Velez | 06cv15113 | 9/14/2007 |
| 13856 | Robert Venturella, Jr. (and Wife, Karen Venturella) | 06cv15115 | 9/14/2007 |
| 11705 | John Vigorito (and Wife, Donna M ViGorito) | 06cv15117 | 9/14/2007 |
| 12818 | Richard Villalba (and Wife, Lynne Villalba) | 06cv15119 | 9/14/2007 |
| 14092 | Jose Villanueva | 06cv15121 | 9/14/2007 |
| 12779 | Enrico Viola (and Wife, Debra Viola) | 06cv15122 | 9/14/2007 |
| 13530 | Robert Visakay | 06cv14162 | 9/14/2007 |
| 13242 | Frank Vitiello | 06cv15125 | 9/14/2007 |
| 8284 | Catherine Viverito | 06cv15126 | 9/14/2007 |
| 11746 | James Walker (and Wife, Pamela Walker) | 06cv14163 | 9/14/2007 |
| 12561 | Lenise Walker-Wilson | 06cv15131 | 9/14/2007 |
| 1457 | Kevin Walsh | 05CV1047 | 9/14/2007 |
| 11912 | Joseph Waters (and Wife, Lucy Waters) | 06cv14166 | 9/14/2007 |
| 12924 | Stephen Wavrek (and Wife, Evelyn Wavrek) | 06cv14167 | 9/14/2007 |
| 13102 | Anthony Weekes (and Wife, Audra L Weekes) | 06cv14168 | 9/14/2007 |
| 13277 | Mark Wesseldine | 06cv14170 | 9/14/2007 |
| 11708 | Gladstone West | 06cv14171 | 9/14/2007 |
| 13048 | David White (and Wife, Lisa White) | 06cv14172 | 9/14/2007 |
| 12869 | Sydney White (and Wife, Gail J White) | 06cv14173 | 9/14/2007 |
| 13661 | Adam Williams (and Wife, Renee Williams) | 06cv15138 | 9/14/2007 |
| 13882 | Kenneth Willisch (and Wife, Colleen Willisch) | 06cv15140 | 9/14/2007 |
| 13792 | Johnny Woo (and Wife, Eunice H Woo) | 06cv15144 | 9/14/2007 |
| 12777 | Isaac Wright (and Wife, Laci Wright) | 06cv15148 | 9/14/2007 |
| 13429 | Jeffrey Yacullo | 06cv14175 | 9/14/2007 |
| 11058 | Laverne B Yard | 06cv15150 | 9/14/2007 |
| 12630 | Jamie Young | 06cv15151 | 9/14/2007 |
| 13439 | Scott Young (and Wife, Loretta Young) | 06cv15152 | 9/14/2007 |
| 12947 | Wilmer Zambrano (and Wife, Julissa Zambrano) | 06cv15154 | 9/14/2007 |
| 13942 | Jeffrey Zelli | 06cv14176 | 9/14/2007 |

603   Group:    Out    In: 

# Service Rider



| File No | Plaintiff | Index Number | Date Filed |
|---|---|---|---|
| 11889 | Charles Danile (and Wife, Cathy Danile) | 06CV8372 | 6/25/2007 |
| 7506 | Vito Dilenna, as Administrator of Albert Dilenna | 05cv8877 | 8/9/2007 |
| 11466 | Frank Galia (and Wife, Carmen Restivo) | 06cv9053 | 6/25/2007 |
| 10136 | Anthony Igneri (and Wife, Kathleen Igneri) | 06cv10026 | 6/25/2007 |
| 6826 | Donald Kiniery | 05CV1408 | 6/25/2007 |
| 14651 | Mark McQuillan (and Wife, Susan McQuillan) | 07CV05008 | 6/25/2007 |
| 8653 | Christopher Michaels | 06cv8050 | 6/25/2007 |
| 10870 | Kim Shea (and Husband, Michael Shea) | 06cv9214 | 6/25/2007 |

8   Group:    Out    In: